IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED
AUG 23 2019
Clerk, U S District Court
District Of Montana
Helena

| | |
|---|---|
| BENNETT K. MACINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>CARROLL COLLEGE,<br>and DOES A-Z,<br><br>Defendants. | No. CV-19-42-H-SEH<br><br>**ORDER** |

Carroll College moved to stay proceedings in this case for 90 days commencing on August 23, 2019 to allow Carroll College and Bennett K. MacIntyre to engage in private mediation ("Motion").[1]

ORDERED:

1. The motion is GRANTED.

2. Proceedings are stayed until **November 22, 2019,** to conduct private mediation.

DATED this 23rd day of August, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 7.