# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| BENNETT K. MACINTYRE,<br><br>                      Plaintiff,<br><br>v.<br><br>CARROLL COLLEGE,<br><br>                     Defendant. | No. CV-19-42-H-SEH<br><br>**ORDER** |

On February 7, 2020, the Court issued its Scheduling Order,[1] which recited, in part:

> 7. Expert reports for any witness retained or specially employed to provide expert testimony, or whose duties as an employee of a party involve giving expert testimony, are required. Such reports shall comply with Fed. R. Civ. P. 26(a)(2)(B) and the requirements of this Order and are to include:
>
> > a. A separate statement of each opinion to be offered.

---

[1] Doc. 25.

> b. Specific identification of and source citations to facts or data considered, referenced, or relied upon by the witness in forming each of the opinions expressed. *Copies of all documents and data considered, referenced, or relied upon shall be attached as exhibits to the report when filed.*
>
> c. A separate statement of the bases and reasons for each of the opinions.[2]
>
> . . . .
>
> 8. Separate written disclosures of all non-retained experts (expert witnesses not obliged to provide a Fed. R. Civ. P. 26(a)(2)(B) written report) are required. Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include:
>
> > a. A separate statement of each opinion to be offered.
> >
> > b. Specific identification of and source citations to facts or data considered, referenced, or relied upon by the witness in forming the each of the opinions expressed. *Copies of all documents and data considered, referenced, or relied upon shall be attached as exhibits to the written disclosure when filed.*
> >
> > c. A separate statement of the bases and reasons for each of the opinions.[3]

---

[2] Doc. 25 at 5–6 (emphasis added).

[3] Doc. 25 at 6–7 (emphasis added).

Defendant's Expert Witness Disclosure[4] did not include as attachments "[c]opies of *all* documents and data considered, referenced, or relied upon"[5] in forming each of opinions expressed, as required by the Court's February 7, 2020, Order.[6]

ORDERED:

Defendant shall, on or before January 15, 2021, file amended expert witness disclosures, including as attachments "[c]opies of *all* documents and data considered, referenced, or relied upon"[7] in forming each of the opinions expressed.

DATED this 8th day of January, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 38.

[5] Doc. 25 at 5–6 (emphasis added).

[6] Doc. 25, *see* Doc. 38-4 at 1.

[7] Doc. 25 at 5–6 (emphasis added).