UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BENNETT K. MACINTYRE,<br><br>Plaintiff,<br><br>vs.<br><br>CARROLL COLLEGE,<br><br>Defendant. | Case No. CV-19-042-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED pursuant to Order (Doc. 87), Carroll College's Motion for Summary Judgment is GRANTED. Defendant Carroll College is entitled to judgment dismissing the Amended Complaint.

    Dated this 19th day of July 2021.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Heidi Gauthier
                                        Heidi Gauthier, Deputy Clerk