IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BENNETT K. MACINTYRE., <br><br> Plaintiff, <br><br> vs. <br><br> CARROLL COLLEGE, et al., <br><br> Defendants. | CV-19-42-H-BMM <br><br> **ORDER** |

Defendant Carroll College moved the Court for partial judgment on the pleadings on the issue of whether Plaintiff Bennet K. MacIntyre is entitled to emotional distress damages arising out of a Title IX 20 U.S.C. § 1681 claim. *See* (Docs. 102 & 103.) Plaintiff MacIntyre does not object to Defendant's motion. Plaintiff concedes that he is not entitled to such damages. (Doc. 104.)

1

## ORDER

Accordingly**, IT IS ORDERED** that Defendant Carroll College's Motion for Partial Judgment on the Pleadings (Doc. 102) is **DENIED** as **MOOT**.

DATED this 2nd day of March, 2023.

Brian Morris, Chief District Judge
United States District Court