Marcia Davenport
CROWLEY FLECK PLLP
900 North Last Chance Gulch, Suite 200
P.O. Box 797
Helena, MT  59624-0797
Telephone: (406) 449-4165
Facsimile: (406) 449-5149
Email: mdavenport@crowleyfleck.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| BENNETT K. MACINTYRE, | Cause No. CV-19-42-H-BMM |
| Plaintiff, | |
| v. | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| CARROLL COLLEGE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to the Court's order (Doc. 126), that the above-captioned case be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

//

//

Dated this 6th day of July, 2023.

| | |
|---|---|
| KNIGHT NICASTRO MACKAY, LLC | CROWLEY FLECK PLLP |
| By/s/*Dylan McFarland*<br>    Dylan McFarland | By/s/*Marcia Davenport*_____<br>    Marcia Davenport |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |