IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BENNETT K. MACINTYRE,<br><br>Plaintiff,<br><br>v.<br><br>CARROLL COLLEGE,<br><br>Defendant. | Cause No. CV-19-42-H-BMM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED the above-captioned case be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, in accordance with the parties' Joint Motion to Dismiss with Prejudice.

Dated this 6th day of July, 2023.

Brian Morris, Chief District Judge
United States District Court